IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LISA WERTH,[*] | § | |
| | § | No. 69, 2016 |
| Respondent Below, | § | |
| Appellant, | § | Court Below—Family Court of the |
| | § | State of Delaware in and for Sussex |
| v. | § | County |
| | § | |
| VINCENT LONG, II, | § | File No. CS99-03095 |
| | § | Petition No. 14-27932 |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: December 6, 2016
Decided: December 14, 2016

# **O R D E R**

This 14th day of December 2016, it appears to the Court that the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for the appellant's failure to file the opening brief and appendix. The appellant received the notice to show cause on November 23, 2016, and has not responded to the notice to show cause within the required ten-day period. For that reason, dismissal of the appeal is deemed to be unopposed.

---

[*] By Order dated February 12, 2016, the Court *sua sponte* assigned pseudonyms to the parties. Del. Supr. Ct. 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

/s/ Leo E. Strine, Jr.

Chief Justice